## United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

IN RE:    BETSY J KIRKWOOD

CASE NO.:  22-70266

CHAPTER:  13

Debtors

### Change of address – Payment  for Creditor

As to Claim 4-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment  has changed.

Old Notifications address                              New Notifications address

Old payment address                                     New payment address
Wells Fargo Auto                                            Wells Fargo Auto

PO Box 17900                                                 PO Box 51963

Denver CO 80217-0900                                 Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  bkchapter13@wellsfargo.com

11/17/2025                                          /s/Lisa Johnson
                                                              Account Resolution Associate Manager
                                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**Certificate of Service**

WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

IN RE:   BETSY J KIRKWOOD                    CASE NO:   22-70266

                                             CHAPTER:   13

          Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/17/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/17/2025                         /s/Lisa Johnson
                                   Account Resolution Associate Manager
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto