# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James Kirkwood**<br>**Betsy J. Kirkwood f/k/a Betsy J. Hamphill**<br>Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**<br>Movant<br>vs.<br><br>**James Kirkwood**<br>**Betsy J. Kirkwood f/k/a Betsy J. Hamphill**<br>Debtor(s)<br><br>**Ronda J. Winnecour**,<br>Trustee | **BK NO. 22-70266 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 27, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
James Kirkwood
6340 Morgan Run Rd
West Decatur, PA 16878

Betsy J. Kirkwood f/k/a Betsy J. Hamphill
6340 Morgan Run Road
West Decatur, PA 16878

Attorney for Debtor(s)
Kenneth P. Seitz, Esq.
Law Offices of Kenneth P. Seitz
P.O. Box 211 (VIA ECF)
Ligonier, PA 15658

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street (VIA ECF)
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: October 27, 2022

/s/**Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com